FILED

OCT 02 2019

CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. HUSTED,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | Case No.: 19cv1435-BEN(KSC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS [Doc. No. 2.]** |

On July 30, 2019, plaintiff S. Husted commenced an action against Andrew M. Saul, Commissioner of the Social Security Administration, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed in District Court Without Prepaying Fees or Costs. [Doc. No. 2.] The Application is in the form of an affidavit. [Doc. No. 2, at p. 1.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

| | |
|---|---|
| 1 | A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v.* |
| 2 | *E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339B340 (1948). An affidavit is adequate |
| 3 | if it shows that the applicant cannot pay the fee "and still be able to provide himself [or |
| 4 | herself] and dependents with the necessities of life." *Id.* (internal quotations omitted). |
| 5 | Here, the affidavit indicates that plaintiff's income is $500 in alimony. Plaintiff also |
| 6 | receives some financial assistance from parents. The affidavit also indicates that |
| 7 | plaintiff's basic living expenses exceed this $500 in income. Therefore, the Court finds |
| 8 | that plaintiff has submitted an affidavit which sufficiently shows a lack of financial |
| 9 | resources to pay the filing fee. Accordingly, IT IS HEREBY ORDERED THAT |
| 10 | plaintiff's Application to Proceed with his Complaint *in forma pauperis* is GRANTED. |
| 11 | [Doc. No. 2.] |

IT IS SO ORDERED.

Dated: October 3, 2019

Hon. Karen S. Crawford
United States Magistrate Judge