UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHANE LORENZE HUSTED,

Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

No.  3:19-cv-01435-BEN-KSC

[PROPOSED]
ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES,
PURSUANT TO 28 U.S.C. § 2412(d),
AND COSTS PURSUANT TO 28
U.S.C. § 1920

Based upon the parties' Joint Motion Stipulating for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,532.67 as authorized by 28 U.S.C. § 2412, and no costs, be awarded subject to the terms of the Joint Motion.

IT IS SO ORDERED.

Dated:  August 10, 2020

Hon. Karen S. Crawford
United States Magistrate Judge